```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 28046
  QUNESHA L DALE
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
  SSN XXX-XX-8828
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/14/05 and confirmed on 09/02/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  19198.04 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GATEWAY FINANCIAL SERV | SECURED | 7250.00 | 769.70 | 7250.00 |
| ACCUCHECK | UNSECURED | NOT FILED | .00 | .00 |
| AT&T CONSUMER PRODUCTS D | UNSECURED | NOT FILED | .00 | .00 |
| CHECK RECOVERY SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| URBAN INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL CREDIT CA | UNSECURED | NOT FILED | .00 | .00 |
| GREATER SUBURBAN ACCEPT | UNSECURED | 4739.61 | .00 | 1656.96 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 14776.11 | .00 | 5165.70 |
| PROGRESSIVE ASSET MGMT | UNSECURED | 206.75 | .00 | 72.28 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| GATEWAY FINANCIAL SERV | UNSECURED | 1571.16 | .00 | 549.27 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7250.00 | .00 | 21293.63 | .00 | 28543.63 |
| PRINCIPAL PAID | 7250.00 | .00 | 7444.21 | .00 | 14694.21 |
| INTEREST PAID | 769.70 | .00 | .00 | .00 | 769.70 |
| TOTAL PAID | 8019.70 | .00 | 7444.21 | .00 | 15463.91 |

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $  2700.00
and was paid $   2700.00 .

The Trustee received $    836.09 .

Refunds to the Debtor totaled $    198.04 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 01/13/09                          /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```